I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1-10-14

DEPUTY CLERK

JS-6
Entered
FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 10 2014

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL STONE,<br><br>Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | Case No. EDCV 13-2023-BRO (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is summarily dismissed for lack of subject matter jurisdiction.

DATED: 1.7.14

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE